# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129816(172)

TAXPAYERS OF MICHIGAN AGAINST
CASINOS and LAURA BAIRD, State
Representative in her official capacity,
        Plaintiffs-Appellants,

v

THE STATE OF MICHIGAN,
        Defendant-Appellee,
and
GAMING ENTERTAINMENT, LLC and
LITTLE TRAVERSE BAY BANDS OF
ODAWA INDIANS,
        Intervening Defendants-Appellees,
and
NORTH AMERICAN SPORTS
MANAGEMENT CO.,
        Intervening Defendant.

_____

SC:   129816
CoA:  225017
Ingham CC:  99-090195-CZ

      On order of the Chief Justice, the motion by Senators Ken Sikkema and Shirley Johnson for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2006

                Clerk